cnfhrg (05/09)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

John J. Hoffman
Kathy A. Hoffman

Debtor(s)

Chapter 13

Case No. 4:10−bk−09552−JJT

# NOTICE

The confirmation hearing has been scheduled for the Debtor, John J. Hoffman and Joint Debtor, Kathy A. Hoffman. , on the date indicated below.

A deadline of **February 18, 2011** has been set for objections to confirmation of the plan. Any objections to confirmation of the plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court US Courthouse, Third Floor, Room 307, 240 West 3rd Street, Williamsport, PA 17701 | Date: March 4, 2011 Time: 10:00 AM |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** 197 S Main St, Wilkes−Barre, PA 18701 OR PO Box 908, Harrisburg, PA 17108 (570) 831−2500 OR (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 19, 2011 |

# CERTIFICATE OF NOTICE

```
District/off: 0314-4          User: CAnthony          Page 1 of 1           Date Rcvd: Jan 19, 2011
Case: 10-09552                Form ID: cnfhrg         Total Noticed: 23
```

The following entities were noticed by first class mail on Jan 21, 2011.
```
db/jdb      +John J. Hoffman,   Kathy A. Hoffman,   1443 West Fern Street,   Coal Township, PA 17866-3305
3734075     +ANTHONY C CATALANO MD,   300 WASHINGTON AVENUE,   SUNBURY, PA 17801-1640
3734076      BANK OF AMERICA,   PO BOX 5170,   SIMI VALLEY, CA 93062 5170
3734077      BOSCOVS,   PO BOX 17642,   BALTIMORE, MD 21297 1642
3734079      CAPITAL ONE BANK,   CO ALLIED INTERSTATE,   PO BOX 1954,   SOUTH GATE, MI 48195 0954
3738773     +Citibank NA,   The Student Loan Corp,   c/o Citibank (South Dakota) NA,
             701 E 60th St N, MC 2135,   Sioux Falls, SD 57104-0432
3744261     +Citibank NA as trustee for The SLC,   United Guaranty Comm. Ins. Co. of NC,
             230 North Elm Street,   Greensboro NC 27401-2417
3734081     +DISCOVER BANK,   CO APOTHAKER & ASSOC,   520 FELLOWSHIP ROAD C306,   MT LAUREL, NJ 08054-3410
3734082     +DISCOVER BANK BY DFS SVCS,   6500 NEW ALBANY ROAD,   NEW ALBANY, OH 43054-8730
3768001     +David B. Marateck, Esquire,   1750 Clinton Avenue,   Coal Township, PA 17866-1616
3734083     +HSBC BANK,   CO JAMES A WEST PC,   6380 ROGERDALE ROAD STE 130,   HOUSTON, TX 77072-1647
3734084     +HSBC BANK NEVADA,   CO WELTMAN WEINBERG REIS,   175 S 3RD ST STE 900,   COLUMBUS, OH 43215-5177
3764858     +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
             Norfolk VA 23541-0907
3761446     +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083
3734086      HSBC RETAIL SERVICES,   PO BOX 17264,   BALTIMORE, MD 21297 1264
3734085      HSBC RETAIL SERVICES,   PO BOX 17298,   BALTIMORE, MD 21297 1298
3734087      SEARS,   PO BOX 183082,   COLUMBUS, OH 43218 3082
3734089     +SHAMOKIN HOSPITAL,   4200 HOSPITAL ROAD,   COAL TOWNSHIP, PA 17866-9697
3734088     +SHAMOKIN HOSPITAL,   CO TRANSWORLD SYTEMS INC,   980 HARVEST DRIVE,   BLUE BELL, PA 19422-1955
3734090      UNION PLUS CREDIT CARD,   PO BOX 17051,   BALTIMORE, MD 21297 1051
3765810     +United Guaranty Commercial Insurance Co of NC,   PO Box 20327,   Greensboro, NC 27420-0327
```

The following entities were noticed by electronic transmission on Jan 19, 2011.
```
3734080      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 19 2011 20:11:31     DISCOVER,   PO BOX 30943,
             SALT LAKE CITY, UT 84130
3739642      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 19 2011 20:11:31     Discover Bank,
             DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
                                                                                             TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +United Guaranty Commercial Insurance Co of NC,   PO Box 20327,   Greensboro, NC 27420-0327
3734078      ##CAPITAL ONE,   PO BOX 85167,   RICHMOND, VA 23285 5167
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 21, 2011**          Signature: *Joseph Speetjens*